United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN RAY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-16-0159 |
| MANASSEH JORDAN MINISTRY,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## **ORDER**

In accordance with the Stipulation of Dismissal with Prejudice [Doc. # 22] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the parties' claims are **DISMISSED with prejudice**.

SIGNED at Houston, Texas, this 18th day of **August, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE